UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

TYRONE L. HANKERSON, JR.                     )
                                             )
Plaintiff,                                   )
                                             )
                                             )
   vs.                                       )         CIVIL ACTION
                                             )         NO.1:18-CV-802
HOWARD UNIVERSITY;                           )         NOTICE OF VOLUNTARY
HOWARD UNIVERSITY BOARD OF TRUSTEE           )         DISMISSAL
CHAIRMAN STACEY J. MOBLEY; HOWARD            )
UNIVERSITY BOARD OF TRUSTEE VICE CHAIR       )
MARK A.L. MASON;                             )
GRANT GRUNDY;   and                          )
DR. WAYNE A.I. FREDERICK,                    )
Individually and As An Officer.              )
                                             )
                                             )
Defendants.                                  )
_____)

**NOW COMES,** Tyrone L. Hankerson, Jr., through undersigned counsel, and hereby gives

notice that the above captioned action is voluntarily dismissed without prejudice pursuant to Federal

Rules of Civil Procedure 41(a)(1)(A)(i) against Defendants, Howard University, Howard University

Board of Trustee Chairman Stacey J. Mobley, Howard University Board of Trustee Vice Chair Mark

A.L. Mason, Grant Grundy, and Dr. Wayne A.I. Frederick.

Respectfully submitted this 4th day of June 2018.

/s/ Renorda E. Pryor____
RENORDA E. PRYOR
Attorney for Mr. Hankerson
1821 Hillandale Road, Ste. 1B-220
Durham, North Carolina 27705
Tele: 919-355-5001
Fax:  919-355-4976
Email: rpryor@herringlawcenter.net
North Carolina Bar No. 36814

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing PLAINTIFF'S VOLUNTARY

DISMISSAL was served upon counsel of record with the Clerk of the Court using the CM/ECF system,

which will send notification of such filing to the following:

> Lillian S. Hardy
> Hogan Lovells US LLP
> 555 Thirteenth Street NW
> Washington, D.C, 20004
> Tel: (202) 637-5884
> Email: Lillian.hardy@hoganlovells.com

Respectfully submitted this the 4TH day of June 2018.

/s/ Renorda E. Pryor\_\_\_\_
RENORDA E. PRYOR
Attorney for Mr. Hankerson
1821 Hillandale Road, Ste. 1B-220
Durham, North Carolina 27705
Tele: 919-355-5001
Fax:  919-355-4976
Email: rpryor@herringlawcenter.net
North Carolina Bar No. 36814